UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT A. SHIELDS, *as Administrator of the Estate of Arleen Shields*,

                        Plaintiff,

v.

JOHNNY KWON, M.D. and MONTEFIORE NEW ROCHELLE HOSPITAL,

                        Defendants.

No. 21-CV-552 (KMK)

ORDER

---

KENNETH M. KARAS, District Judge:

At the Conference on May 25, 2021, the Court adopted the following schedule:

Defendants shall submit their Motion To Dismiss by no later than June 1, 2021. Plaintiff's Opposition shall be due by no later than July 15, 2021. Defendants shall submit their Reply by no later than August 5, 2021. Sur-reply papers will not be accepted unless prior permission of the Court is given.

Counsel are reminded that there is a strict page limit, which will be extended only in extreme circumstances.

Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the Motion is decided.

If oral argument is requested, it may be scheduled by the Court.

SO ORDERED.

DATED:    May 25, 2021
                White Plains, New York

                                              KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE